UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES ANDERSON, )
)
           Plaintiff, )
)    Case No.: 2:12-cv-00691-GMN-PAL
vs. )
)
CHASE HOME FINANCE, LLC; et al., )    **ORDER**
)
           Defendants. )
)

Pending before the Court is the Report and Recommendation (ECF No. 19) submitted by the Honorable Peggy A. Leen, United States Magistrate Judge. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4. Having considered the prior warnings given to Plaintiff in the District of Nevada[1], Plaintiff's failure to pursue the instant litigation pursuant to Court orders[2], and Plaintiff's failure to file the Certificate of Interested Parties ***before the August 1, 2012, deadline*** set by Judge Leen, the Court will accept Judge Leen's Findings and Recommendations to the extent they are not inconsistent with this Order.

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 19) is **ACCEPTED** to the extent it is not inconsistent with this Order.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED without prejudice**. The Clerk of the Court is directed to close this case.

DATED this 23rd day of August, 2012.

_____
Gloria M. Navarro
United States District Judge

---

[1] *See Anderson v. Deutsche Bank Nat'l Trust Co.*, No. 2:10-cv-02242-RLH-GWF, Dkt. #27, 2011 WL 2710657 (D. Nev. July 12, 2011); *Anderson v. Long Beach Sec. Corp.*, No. 2:09-cv-01769-RCJ-GWF, Dkt. #21 (D.Nev. Apr. 1, 2010); *Anderson v. Deutsche Bank Nat'l Trust Co.*, No. 2:10-cv-01443-JCM-PAL, Dkt. #1 (D.Nev. Aug. 25, 2010).

[2] Plaintiff filed the instant action in state court on March 30, 2012, and did not take any further action until August 6, 2012. *See, e.g.*, Compl., ECF No. 1; Order to Show Cause, ECF No. 10; Certificate of Interested Parties, ECF No. 20.