SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
TEL (702) 252-5002 • FAX (702) 252-5006

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:12-cv-00691-GMN-PAL |
| v. | ) |
| | ) **ORDER EXPUNGING/CANCELING** |
| CHASE HOME FINANCE, LLC, as | ) **NOTICES OF LIS PENDENS** |
| servicer for LONG BEACH MORTGAGE | ) |
| LOAN TRUST 2006-3; ASSET-BACKED | ) |
| CERTIFICATES, SERIES 2006-3 LONG | ) |
| BEACH SECURITIES CORP.; | ) |
| CALIFORNIA RECONVEYANCE CO.; | ) |
| AND DOES I individuals 1 to 100, | ) |
| Inclusive; and ROES Corporations 1 to 30, | ) |
| Inclusive, | ) |
| | ) |
| Defendants. | ) |

The Court, having considered the Motion to Expunge/Cancel Notices of Lis Pendens Recorded by Plaintiff, filed with the Court by JPMorgan Chase Bank, N.A. as successor by merger to Chase Home Finance LLC and as an acquirer of certain assets and liabilities of Washington Mutual Bank, F.A. from the FDIC, acting as receiver ("Chase"), and California Reconveyance Company ("CRC") (collectively, the "Defendants"), and having considered the Plaintiff's Opposition (ECF No. 27) and Defendants' Reply (ECF No. 28), and finding good cause,

///
///
///
///

**IT IS HEREBY ORDERED** as follows:

(i) the motion is granted;

(ii) the Notice of Lis Pendens recorded by Plaintiff on July 27, 2011, in the Official Records of the Clark County, Nevada Recorder, as Document No. 201107270000952 (a copy of which is attached hereto as **Exhibit 1**) is hereby expunged and fully discharged, and is of no further force and effect for any purposes;

(iii) the Notice of Lis Pendens recorded by Plaintiff on March 30, 2012, in the Official Records of the Clark County, Nevada Recorder, as Document No. 20120330-0003155 (a copy of which is attached hereto as **Exhibit 2**) is hereby expunged and fully discharged, and is of no further force and effect for any purposes; and,

(iv) the real property located at 6145 Laredo Street, Las Vegas, NV 89146 (APN 163-11-507-004), which was the subject of this action, is fully exonerated from the referenced Notices of Lis Pendens.

**DATED** this 13th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge

2

**EXHIBIT 1**



# RECORDING COVER PAGE

Inst #: 201107270000952
Fees: $16.00
N/C Fee: $0.00
07/27/2011 10:28:28 AM
Receipt #: 858117
Requestor:
JUNES LEGAL SERVICES
Recorded By: GILKS   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

Must be typed or printed clearly in black ink only.

APN# 163-11-507-004

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT   (DO NOT Abbreviate)

Notice of Lis Pendens Affecting Real Property

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

Charles Anderson

**Return to:**

Name  Charles Anderson

Address  6145 Laredo St.

City/State/Zip  Las Vegas, NV 89146

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

Electronically Filed
07/26/2011 12:03:11 PM

CLERK OF THE COURT

1  RECORDING REQUESTED BY: Plaintiff: Charles Anderson
2  AND WHEN RECORDED MAIL TO:

3  **LISP**
   Charles Anderson
   6145 Laredo St.
4  Las Vegas, NV 89146
5  210-625-6186
   meritgroup_1@yahoo.com
   Plaintiff In Pro Se
6

7  SPACE ABOVE THIS LINE FOR RECORDER'S USE
8
9                    DISTRICT COURT
10              CLARK COUNTY, NEVADA

11  CHARLES ANDERSON an individual,
12        Plaintiff(s)                    CASE NO.: A-11-645506-C
13        vs.
    CHASE HOME FINANCE, LLC as servicer for
14  LONG BEACH MORTGAGE LOAN TRUST        DEPARTMENT: IV
    2006-3; ASSET- BACKED CERTIFICATES,
15  SERIES 2006-3 LONG BEACH SECURITES
    CORP. CALIFORNIA RECONVEYANCE CO.;
16  AND DOES I individuals 1 to 100, Inclusive; and   **NOTICE OF LIS PENDENS**
17  ROES Corporations 1 to 30, Inclusive;
                                            **AFFECTING REAL PROPERTY**
18        Defendants.                       NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON
                                            SERVICE OF THE PARTY REQUESTING SAME
19                                          WHEN ISSUED AND AGAINST THE OTHER PARTY
                                            WHEN SERVED, AND SHALL REMAIN IN EFFECT
20                                          FROM THE TIME OF ITS ISSUANCE UNITL TRIAL
                                            OR UNTIL DISSOLVED OR MODIFIED BY THE
21                                          COURT. DISOBEDIENCE OF THIS LIS PENDENS IS
                                            PUNISHABLE BY CONTEMPT.
22
23
24
25
26
27
28

NOTICE OF PENDENCY OF ACTION

1

1  **TO: ALL INTERESTED PARTIES**
2  NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is currently pending in the Judicial District Court.
3  The action which affects the Title to a specific parcel of real property and the right to lawful possession of the same, the property location is: 6145 Laredo St., Las Vegas, NV 89146
4
5  And of which the legal description is as follows:   APN#163-11-507-004

6  *Parcel Map file 19, Page 33, Lot 02, Block XX and by Certificate of record on 2/22/2006 in Book 20060222 as Inst. No.0003006 and erroneously recorded on 03/04/2009 in book 20090304 as Inst. No.:03389*
7  *all in the office of the County Recorder for Clark County, NEVADA.*

8  **and which is identified in the complaint of this action.**

9  **The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are:**
10  1. Declaratory Relief
    2. Negligence
11  3. Wrongful Foreclosure- Set Aside Trustee Sale
    4. Breach of Covenant of Good Faith and Fair Dealing
12  5. Statutorily Defective Foreclosure- NRS 107.080
    6. Misrepresentation
13  7. Detrimental Reliance
    8. Intentional Interference of Contract Relations
14  9. Fair Debt Col. Prac. Act -15 U.S.C. 1692 et seq
    10. (Rescission)Cancel Deed of Trust
15
16  **NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM;** transferring, encumbering, selling or otherwise disposing of any portion of said real property without the written permission of the court.
17
18  DATED this ____ day of _____, 2011.

    Plaintiff Signature(s):
19
    /s/
20  Charles Anderson
    6145 Laredo St.
21  Las Vegas, NV 89146
    210-625-6186
22  meritgroup_1@yahoo.com
    Plaintiff In Pro Se
23

24                              **ACKNOWLEDGEMENT**              NOTARY PUBLIC
                                                                 STATE OF NEVADA
25  Subscribed and sworn to before me this 25th day of July 2011.   County of Clark
                                                                 MATTHEW KISNER
26  Signed: /M/       Seal:

27
    NOTARY PUBLIC in and for the County of Clark, State of NV
28
                              NOTICE OF PENDENCY OF ACTION

                                        2

CERTIFIED COPY. THIS
DOCUMENT IS A TRUE AND
CORRECT COPY OF THE
RECORDED DOCUMENT MINUS
ANY REDACTED PORTIONS

JUN 18 2012

*[signature]*
RECORDER

**EXHIBIT 2**



## RECORDING COVER PAGE

Inst #: 201203300003155
Fees: $19.00
N/C Fee: $0.00
03/30/2012 04:03:32 PM
Receipt #: 1115690
Requestor:
JUNES LEGAL SERVICES
Recorded By: SCA   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

Must be typed or printed clearly in black ink only.

APN# 163-11-507-004

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

TITLE OF DOCUMENT   (DO NOT Abbreviate)

Notice of Lis Pendens affecting Real Property

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

JUNES LEGAL SERVICE, INC.

**Return to:**

Name JUNES LEGAL SERVICE, INC.

Address 630 SOUTH TENTH STREET, SUITE B

City/State/Zip LAS VEGAS, NV 89101

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

Electronically Filed
03/30/2012 09:21:17 AM

CLERK OF THE COURT

1  RECORDING REQUESTED BY: Plaintiff: Charles Anderson
2  AND WHEN RECORDED MAIL TO:
3  **LISP**
   Charles Anderson
   6145 Laredo St.
4  Las Vegas, NV 89146
   210-625-6186
5  meritgroup_1@yahoo.com
   Plaintiff In Pro Se
6

7  SPACE ABOVE THIS LINE FOR RECORDER'S USE
8
                        DISTRICT COURT
9
                     CLARK COUNTY, NEVADA
10
11  CHARLES ANDERSON an individual,
12         Plaintiff(s)                    CASE NO.: A-12-659047-C
13         vs.
    CHASE HOME FINANCE, LLC as servicer for
14  LONG BEACH MORTGAGE LOAN TRUST         DEPARTMENT: XXVII
    2006-3; ASSET- BACKED CERTIFICATES,
15  SERIES 2006-3 LONG BEACH SECURITES
    CORP. CALIFORNIA RECONVEYANCE CO. ;
16  AND DOES I individuals 1 to 100, Inclusive; and   **NOTICE OF LIS PENDENS**
17  ROES Corporations 1 to 30, Inclusive;
                                           **AFFECTING REAL PROPERTY**
18         Defendants.                     NOTICE: THIS LIS PENDENS IS EFFECTIVE UPON
                                           SERVICE OF THE PARTY REQUESTING SAME
19                                         WHEN ISSUED AND AGAINST THE OTHER PARTY
                                           WHEN SERVED, AND SHALL REMAIN IN EFFECT
20                                         FROM THE TIME OF ITS ISSUANCE UNITL TRIAL
                                           OR UNTIL DISSOLVED OR MODIFIED BY THE
21                                         COURT. DISOBEDIENCE OF THIS LIS PENDENS IS
                                           PUNISHABLE BY CONTEMPT.
22
23
24
25
26
27
28
                        NOTICE OF PENDENCY OF ACTION

                                 1

**TO: ALL INTERESTED PARTIES**

NOTICE IS HEREBY GIVEN pursuant to NRS Chapter 14, NRS 125.220, and NRS Chapter 608, that there is currently pending in the Judicial District Court.

The action which affects the Title to a specific parcel of real property and the right to lawful possession of the same, the property location is: 6145 Laredo St., Las Vegas, NV 89146

And of which the legal description is as follows: APN#163-11-507-004

```
Parcel Map file 19, Page 33, Lot 02, Block XX and by Certificate of
record on 2/22/2006 in Book 20060222 as Inst. No.0003006 and
erroneously recorded on 03/04/2009 in book 20090304 as Inst. No.:03389
all in the office of the County Recorder for Clark County, NEVADA.
```

and which is identified in the complaint of this action.

The property affected by the action is located in the County of Clark, Nevada. The natures of the claims are:

1. Injunctive Relief
2. Negligence
3. Wrongful Foreclosure- Set Aside Trustee Sale
4. Quiet Title
5. Statutorily Defective Foreclosure- NRS 107.080
6. Unlawful Reliance on Falsified Documents against Property Rights- NRS 205.372-95
7. Broken Chain of Custody (Promissory Note & Assignment Rights)
8. Unjust Enrichment
9. Slander of Title
10. Retaliatory / Wrongful Filing of Unlawful Detainer
11. (Rescission)Cancel Deed of Trust

**NOTICE IS FURTHER GIVEN that YOU ARE HEREBY PROHIBITED AND RESTRAINED FROM; transferring, encumbering, selling or otherwise disposing of any portion of said real property without the written permission of the court.**

DATED this 08 day of March, 2012.

Plaintiff Signature(s):

*/s/ Charles Anderson*
Charles Anderson
6145 Laredo St.
Las Vegas, NV 89146
210-625-6186
meritgroup_1@yahoo.com
Plaintiff In Pro Se

<u>ACKNOWLEDGEMENT</u>

Subscribed and sworn to before me this __ day of March 2012.

Signed: _____ Seal:

NOTARY PUBLIC in and for the County of Clark, State of Nevada.

NOTICE OF PENDENCY OF ACTION

2

CERTIFIED COPY, THIS
DOCUMENT IS A TRUE AND
CORRECT COPY OF THE
RECORDED DOCUMENT MINUS
ANY REDACTED PORTIONS

JUN 18, 2012

*[signature]*
RECORDER